IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY TATE JR.,

    Petitioner,                      No. CIV S-05-2550 DFL DAD P

    vs.

SCOTT KERANA, et al.,

    Respondents.               <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee but has also applied for leave to proceed in forma pauperis.

    Petitioner challenges a conviction entered by the Kings County Superior Court. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d). A civil action which has not been commenced in the proper division of the court may, on the court's own motion, be transferred to the proper division of the court. <u>See</u> Local Rule 3-120(f). In accordance with the Local Rules, this action will be transferred to the Fresno Division of the court.

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number to be assigned by the Clerk of the Court and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

DATED: December 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
tate2550.109