IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeROY TATE, JR., | 1:05-CV-1617 REC DLB HC |
|     Petitioner, | |
| vs. | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| SCOTT KERANA, et al., | (Document No. 2) |
|     Respondents. | |

       Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

       On December 15, 2005, petitioner filed petition for writ of habeas corpus together with an application to proceed in forma pauperis and paid the $5.00 filing fee. Due to the fact that petitioner paid the filing fee for this action on December 15, 2005, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

       IT IS SO ORDERED.

Dated:   February 22, 2006                     **/s/ Dennis L. Beck**
ah0l4d                                            UNITED STATES MAGISTRATE JUDGE