1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 LEROY TATE, JR.,                    )  1:05-cv-01617-REC-DLB-HC
                                        )
12          Petitioner,                )  **ORDER ADOPTING FINDINGS AND**
                                        )  **RECOMMENDATIONS** (Doc. 13)
13 v.                                   )
                                        )  **ORDER DISMISSING AMENDED PETITION**
14 SCOTT KERANA, et al.,                )  **FOR WRIT OF HABEAS CORPUS**
                                        )  (Doc. 12) **AND DIRECTING CLERK TO**
15          Respondents.               )  **ENTER JUDGMENT FOR RESPONDENTS**
   _____)

16

17        Petitioner is a state prisoner proceeding pro se with a

18 Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

19        On March 20, 2006, the Magistrate Judge filed Findings and

20 Recommendations that the Amended Petition for Writ of Habeas Corpus

21 be DISMISSED, without prejudice, for failure to exhaust the state

22 court remedies.  These Findings and Recommendations were served on

23 all parties and contained notice that any objections were to be

24 filed within thirty (30) days from the date of service of that

25 order.  To date, the parties have not filed timely objections to

26 the Findings and Recommendations.

27        In accordance with the provisions of 28 U.S.C. § 636

28 (b)(1)(C), this Court has conducted a *de novo* review of the case.

                                     1

1   Having carefully reviewed the entire file, the Court concludes that

2   the Magistrate Judge's Findings and Recommendations are supported

3   by the record and proper analysis.

4        Accordingly, IT IS HEREBY ORDERED that:

5        1.   The Findings and Recommendations, filed March 20, 2006,

6   are ADOPTED IN FULL;

7        2.   The Amended Petition for Writ of Habeas Corpus is

8   DISMISSED, without prejudice, for failure to exhaust the state

9   court remedies;

10       3.   This action is therefore DISMISSED; and,

11       4.   The Clerk of Court enter judgment for respondents.

12  IT IS SO ORDERED.

13  **Dated:  May 9, 2006**              **/s/ Robert E. Coyle**
    668554                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2